UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KEVIN KENNEDY,

    Plaintiff,

v.                                   Case No.:  2:23-cv-1171-KCD

LOWE'S HOME CENTERS, LLC,

    Defendant.
_____/

## ORDER

    Before the Court is a Joint Motion for Order Approving Plaintiff's Guardian to Enter Settlement Agreement for Plaintiff. (Doc. 20.) The parties have settled this employment case and intend to execute a confidential settlement agreement memorializing the settlement terms. Plaintiff's mother, Kathleen Kennedy, has been designated to serve as Plaintiff's plenary guardian, and Plaintiff attaches a Letter of Guardianship. (Doc. 20-1.)

    Under Florida law, "[a] plenary guardian shall exercise all delegable rights and power of the incapacitated person." Fla. Stat. § 744.2005(6). As Plaintiff's plenary guardian, Kathleen Kennedy has the authority to settle disputes and enter into settlement agreements on behalf of Plaintiff. *See id.* § 744.387(4). So the Court authorizes her to do so here. But the Court does not

otherwise approve the settlement because such relief has not been requested, nor have the settlement terms been disclosed. *See id.* § 744.387(1), (3)(a), (b).

Accordingly, it is **ORDERED**:

The Joint Motion for Order Approving Plaintiff's Guardian to Enter Settlement Agreement for Plaintiff (Doc. 20) is **GRANTED**.

**ORDERED** in Fort Myers, Florida on May 13, 2024.

Kyle C. Dudek
United States Magistrate Judge

Copies:  All Parties of Record

2